Elizabeth Callas, an Infant, by Paul Callas, Her Guardian ad Litem, Appellant, *v.* Whisper, Inc., et al., Respondents.

Argued December 3, 1951; decided January 10, 1952.

*Isadore Kupfer* and *Joseph Levine* for appellant.

*Albert A. De Stefano* and *Alexander Stone* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.